[No. 42548-3-II.   Division Two.   April 30, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. SHELLEY LYNN CLARK, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 10-1-00998-9, Michael H. Evans, J., entered August 31, 2011. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Worswick, C.J., and Van Deren, J.

[No. 42751-6-II.   Division Two.   April 30, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSSEL A. FORD, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 11-1-00177-9, F. Mark McCauley, J., entered October 31, 2011. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Johanson, A.C.J., and Quinn-Brintnall, J.

[No. 42811-3-II.   Division Two.   April 30, 2013.]

THE BERT KUTY REVOCABLE LIVING TRUST, *Appellant*, v. GERRY MULLEN ET AL., *Respondents*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated June 27, 2013. Substitute opinion filed. Now published in part at 175 Wn. App. 292.

[No. 42823-7-II.   Division Two.   April 30, 2013.]

JEAN ANN DAVOLT, *as Guardian, Respondent*, v. JIMMY F. CAMPBELL ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 11-2-00046-1, Stephen M. Warning, J., entered October 7, 2011. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Johanson, A.C.J., and Quinn-Brintnall, J.